Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Maria Madriaga

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (THE HONORABLE LEO S. PAPAS)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08MJ-1756 |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR CONTINUANCE OF DETENTION HEARING** |
| MARIA MADRIAGA, | |
| Defendant, | |

The parties, John N. Parmley, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Maria Madriaga, respectfully requesting that the detention hearing presently set for June 10, 2008 at 9:30 a.m. be rescheduled to June 12, 2008 at 10:30 a.m.

Dated: 6/9/08          /S/ John N. Parmley by consent
                       JOHN N. PARMLEY
                       Assistant United States Attorney

Dated: 6/9/08          /S/ Ezekiel E. Cortez
                       EZEKIEL E. CORTEZ
                       Attorney for Defendant
                       Maria Madriaga

---

*Joint Motion for Continuance of Detention Hearing, U.S. v. Madriaga,* **08MJ-1756**

**1**

EZEKIEL E. CORTEZ
California State Bar # 112808
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309
Email: www.lawforjustice@aol.com

Attorney for Defendant: Maria Madriaga

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE LEO S. PAPAS)

| | |
|---|---|
| United States of America, | ) Case No. 08-MJ-1756 |
| Plaintiff, | ) **PROOF OF SERVICE** |
| vs. | ) |
| MARIA MADRIAGA, | ) |
| Defendant, | ) |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance of Detention Hearing on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2008                              /S/Ezekiel E. Cortez
                                                 Ezekiel E. Cortez

---

*Joint Motion for Continuance of Detention Hearing, U.S. v. Madriaga,* **08MJ-1756**

**2**