*unsealed 6/5/08*    FID No. 1503744

ORDERED SEALED BY COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

JOSE ALBERTO MARQUEZ et al.,

**WARRANT FOR ARREST**

Magistrate Case No.

ORIGINAL  **FILED**

JUN 12 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: The United States Marshal
    and any Authorized United States Officer

'08 MJ 1756

### YOU ARE HEREBY COMMANDED TO ARREST: <u>MARIA MADRIAGA, aka Kika</u>
*Name*

and bring him or her forthwith to the nearest magistrate judge to answer a

__ Indictment  __ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

*The complaint charges defendant MARIA MADRIAGA, aka Kika, with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.*

SEALED by Order of
Magistrate Judge Leo S. Papas
Date   JUN 4 2008

Leo S. Papas
US Magistrate Judge

Honorable Leo S. Papas
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

June 4, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

**Bail Fixed at $** <u>To be set in Court</u>

by   **LEO S. PAPAS**
Name of Judicial Officer    **LEO S. PAPAS**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| **DATE RECEIVED** | **NAME AND TITLE OF ARRESTING OFFICER** DATE 6/5/08 ARRESTED BY EB I | **SIGNATURE OF ARRESTING OFFICER** |
| **DATE OF ARREST** | STEVEN C. STAFFORD ACTING U.S. MARSHAL S/CA BY | |

CLASS II "J"

3599
(Dist of Meth)