~~SEALED~~ unsealed

'08 JUN 17 PM 4:33

BY: \_\_\_\_\_ KW11 \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2019 L

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>        Plaintiff,                 )<br>                                    )<br>    v.                              )<br>                                    )<br> JOSE ALBERTO MARQUEZ, ET AL.,      )<br>        aka Bat                     )<br>                                    )<br>        Defendant.                  )<br>_____) | Criminal Case No. _____<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Gustavo Rivera-Martinez, et al.</u>, Criminal Case No. 02CR0878-L.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

MICHAEL J. CROWLEY
Assistant U.S. Attorney